UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO AT CINCINNATI

06 MAY 15 PM 3:37

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>-vs-<br><br>DERRICK BALDWIN,<br><br>　　Defendant. | Case No. **1:02-CR-00154**<br><br>Judge Arthur Spiegel<br><br>Defendant Baldwin's Motion For Court Order Designating Lebanon Correctional Institution As His Federal Place Of Confinement |

　　Comes now Defendant,Derrick Baldwin,Pro se and moves this Honorable Court for an Order,designating Lebanon Correctional Institution,Lebanon,Ohio as his federal place of confinement. As cause for this request,Defendant submits that he is currently serving a 17 year sentence imposed by the State of Ohio in Case # B-016144-Hamilton County Court of Common Pleas and that this Court's designation of Lebanon Correctional Institution,Lebanon, Ohio will both the federal and State court's legitimate interests in rehabiltation,Cf. Engle v. Isaac,102 S.Ct. 1571 (1982) and it's punitive intrests .Bator,finality in Criminal Law and Federal Habeas Corpus for State Prisoners,76 Harv.L. Rev.441,452 (1963). Cf. Schneckloth v. bustamonte,93 S.Ct. 2065 (1973).

　　Accordingly, and for good cause shown,Defendant prays that his motion is well-taken.

IT IS SO PRAYED FOR

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Derrick Baldwin*
　　　　　　　　　　　　　　　　　　Derrick Baldwin-Defendant

## Certificate of Service

This is to certify that a copy of the foregoing motion was served upon the U.S. Attorney's Office at 400 Atrium Two, 221 E. 4th Street, Cincinnati, Ohio 45202 this 11th day of May, 2006 by regular mail service.

*Derrick Baldwin*
Derrick Baldwin-Defendant