7002 0860 0006 5229 7415

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02-CR-154
Doc. 26
7/27/06

Sent To: DERRICK BALDWIN 447-956
Street, Apt. No.; or PO Box No.: LECI, P.O. BOX 56
City, State, ZIP+4: LEBANON, OH 45036

PS Form 3800, April 2002                See Reverse for Instructions